JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ARMANDO VELAQUEZ-VASQUEZ, Petitioner, v. WARDEN OF ADELANTO ICE PROCESSING CENTER, et al., Respondents. | Case No. 5:26-cv-04027-KES **JUDGMENT** |

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: August 4, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE